UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RANDY MCDONALD     CIVIL ACTION

VERSUS     18-743-SDD-RLB

RANDY LAVESPERE, ET AL.

### RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated August 7, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion for Judgment on the Pleadings*[3] is hereby GRANTED in part, dismissing the Plaintiff's ADA/RA claims with prejudice.

**IT IS FURTHER ORDERED** that, in all other regards, the *Motion*[4] is DENIED as moot, and this matter is hereby REFERRED back to the magistrate judge for further proceedings.

Signed in Baton Rouge, Louisiana the 3 day of Sept, 2019.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 20.
[2] Rec. Doc. 46.
[3] Rec. Doc. 20.
[4] Rec. Doc. 20.