# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RANDY MCDONALD (#452858)

VERSUS

DR. RANDY LAVESPERE, ET AL.

CIVIL ACTION

NO. 18-743-SDD-RLB

# RULING

On or about September 9, 2019, the Plaintiff filed a *Motion to Set Aside and Reconsider Ruing*[1] presumably pursuant to Rule 59 of the Federal Rules of Civil Procedure. Therein, the Plaintiff alleges that, due to a clerical error on the Plaintiff's part, the Court failed to consider the Plaintiff's *Traverse to the Magistrate's Report and Reccomendation*[2] before adopting the Report and Recommendation[3] and dismissing the Plaintiff's ADA/RA claims with prejudice.

Reconsideration of a judgment under Rule 59(e) is an "extraordinary remedy that should be used sparingly" to correct "manifest errors or law or fact or to present newly discovered evidence."[4] "Rule 59(e) motions are not the proper vehicle for rehashing evidence, legal theories or arguments that could have been offered or raised before the entry of judgment."[5]

In the instant matter, the Plaintiff failed to file an opposition the Defendants' Motion for Judgment on the Pleadings.[6] As such, the plaintiff failed to present his arguments

---

[1] Rec. Doc. 50.
[2] Rec. Doc. 48.
[3] Rec. Doc. 46
[4] *In re Rodriguez*, 695 F.3d 360, 371 (5th Cir. 2012).
[5] *Id.*
[6] Rec. Doc. 20.

prior to the filing of the Report and Recommendation. For this reason, the plaintiff is not entitled to relief under Rule 59(e).

Furthermore, although as a prisoner proceeding without an attorney, the Plaintiff has a right to liberal interpretation of his civil rights pleadings, he is also required to present facts which support a claim as a matter of law. After reviewing the plaintiff's Complaint, as amended, the Court determined that the plaintiff failed to state an ADA/RA claim upon which relief could be granted. Even interpreting the Plaintiff's Complaint liberally, the Court is confident that that plaintiff has not stated a viable ADA/RA claim. As such, the plaintiff's Motion will be granted in part only to correct the Ruling to reflect that the Plaintiff did file an opposition to the Report and Recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Plaintiff's *Motion*[7] is **GRANTED IN PART**, and the Court's Ruling[8] dated September 3, 2019 is **VACATED** and **WITHDRAWN**. A corrected Ruling, noting the filing of the Plaintiff's objection, will be issued.

**IT IS FURTHER ORDERED** that, in all other regards, the Plaintiff's Motion is **DENIED**.

Signed in Baton Rouge, Louisiana on October 29, 2019.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[7] Rec. Doc. 50.
[8] Rec. Doc. 49.