# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RANDY MCDONALD (#452858)

VERSUS

DR. RANDY LAVESPERE, ET AL.

CIVIL ACTION

NO. 18-743-SDD-RLB

## RULING

The Court, after carefully considering the Motion,[1] the record, the law applicable to this action, the Report and Recommendation[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated August 7, 2019, and the Plaintiff's objection[3] thereto, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Defendants' Motion for Judgment on the Pleadings[4] is hereby **GRANTED** in part, dismissing the Plaintiff's ADA/RA claims with prejudice.

**IT IS FURTHER ORDERED** that, in all other regards, the Motion[5] is **DENIED** as moot, and this matter is hereby REFERRED back to the magistrate judge for further proceedings.

Signed in Baton Rouge, Louisiana on October 29, 2019.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 20.
[2] Rec. Doc. 46.
[3] Rec. Doc. 48.
[4] Rec. Doc. 20.
[5] Rec. Doc. 20.