# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

MCDONALD

VERSUS

LAVESPERE, ET AL.

CIVIL ACTION

18-743-SDD-SDJ

## RULING

The Court has carefully considered the *Motion for Summary Judgment,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated September 29, 2020, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Summary Judgment* is hereby GRANTED and Plaintiff's claims against Tracy Falgout and Randy Lavespere are hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with any potential state law claims and this action is dismissed.

Signed in Baton Rouge, Louisiana on October 13th, 2020.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 110.
[2] Rec. Doc. 116.
[3] Rec. Doc. 119.